# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mason Woolley )<br>434 N Pleasant Street )<br>Amherst, Massachusetts 01003 )<br>)<br>Plaintiff, )<br>)<br>V. )<br>University of Massachusetts )<br>181 President's Drive )<br>Amherst, Massachusetts; )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants, ) | Civil Action No:<br>3:19-cv-30004-MGM |

## AFFIDAVIT

I, Michael H Buscemi Jr, affirm the following is true.

I served in hand a complaint, electronic order, a motion and memorandum to the University of Massachusetts office of the general counsel to Laura Shea located in Whitmore Administration building on the university of Massachusetts campus in Amherst, Massachusetts. I completed this informal service on this date 2/13/2019 at 10:24 AM

I certify that the contents of this affidavit signed by me are true.

*[signature]*