**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Mason Woolley )<br>434 N Pleasant Street )<br>Amherst, Massachusetts 01003 )<br>           )<br>              Plaintiff, )<br>           )<br>      V.      )<br>University of Massachusetts )<br>181 President's Drive )<br>Amherst, Massachusetts; )<br>           )<br>           )<br>           )<br>           )<br>           )<br>           )<br>              Defendants, )<br>_____ | | Civil Action No:<br>3:19-cv-30004-MGM |

PLANTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO OPPOSITION MOTION

Plaintiff asks the court for permission to file a response to defendant's opposition motion to preliminary injunction.

Respectfully submitted,

/S/     Mason Woolley
434 North Pleasant Street
Amherst, Massachusetts
masonlawemail@gmail.com
828-237-3605
Pro Se