**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Mason Woolley                                                   )
434 N Pleasant Street                                          )
Amherst, Massachusetts 01003                                   )
                                                               )
                                    Plaintiff,                 )          Civil Action No:
                                                               )          3:19-cv-30004-MGM
                       V.                                      )
University of Massachusetts                                    )
181 President's Drive                                          )
Amherst, Massachusetts;                                        )
                                                               )
                                                               )
                                                               )
                                                               )
                                                               )
                                                               )
                                    Defendants,                )
_____

MOTION TO APPOINT COUNSEL FOR MEDIATION

Plaintiff moves the court to provide a limited appointment of counsel as outlined in the Local Rules of the

United States District Court for the District of Massachusetts under 16.4.


                                                          Respectfully submitted,


                                                          /S/     Mason Woolley
                                                          434 North Pleasant Street
                                                          Amherst, Massachusetts
                                                          masonlawemail@gmail.com
                                                          828-237-3605
                                                          Pro Se