# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Mason Woolley** )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>**University of Massachusetts** )<br>　　　　Defendant. )<br> ) | **CIVIL ACTION**<br>**NO. 19-cv-30004-MGM** |

REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE MASTROIANNI

HENNESSY, M.J.

On July 24, 2019, I held the following ADR proceedings:

| | | | |
|---|---|---|---|
| ____ | EARLY NEUTRAL EVALUATION | _X_ | MEDIATION |
| ____ | MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE | | |

The Court reports the case was:

(X)   Settled. Your clerk should enter a _30_ day order of dismissal.

( )   There was progress. A further conference has been scheduled for _____.
      unless the case is reported settled prior to that date.

( )   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

 July 24, 2019   　　　　　　　　　　　　　　　　　　　/s/ David. H. Hennessy
Date   　　　　　　　　　　　　　　　　　　　　　　　David H. Hennessy, USMJ