UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASON WOOLLEY,<br>    Plaintiff,<br>v.<br><br>UNIVERSITY OF MASSACHUSETTS<br>AMHERST,<br>    Defendant. | Case No. 3:19-cv-30004-MGM |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties settled this matter on July 24, 2019 and, as a condition of that settlement, as memorialized in the parties' Settlement Agreement and Release, hereby dismiss this case with prejudice.

Dated: July 24, 2019

MASON WOOLLEY
Plaintiff, pro se

_/s/ Mason Woolley_
Mason Woolley

UNIVERSITY OF MASSACHUSETTS AMHERST
By its attorney,

_/s/ Denise Barton_
Denise Barton, BBO No. 675245
Senior Litigation Counsel
University of Massachusetts
Office of the General Counsel
333 South Street
Shrewsbury, MA 01545
(774) 455-7300
dbarton@umassp.edu

1

## CERTIFICATE OF SERVICE

In accord with Dkt. No. 21, I affirm that I served a copy of the above document on plaintiff, Mason Woolley, via CM/ECF.

                                                /s/ *Denise Barton*
                                                Denise Barton